32 So.3d 749 (2010)
C.D., Mother of P.S., a child, Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILIES, Appellee.
No. 5D09-2867.
District Court of Appeal of Florida, Fifth District.
April 21, 2010.
Carol Ann Volini, Ocala, for Appellant.
Kelly A. Swartz, Rockledge, for Appellee.
Hillary S. Kambour, Tavares, for Appellee Guardian Ad Litem Program.
*750 PER CURIAM.
AFFIRMED. § 39.521, Fla. Stat. (2008).
PALMER, TORPY and COHEN, JJ., concur.